ALS/BC # 2012R00358

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 AUG -8 PM 12: 02

CLERK'S...
AT *
BY ____*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO: JKB-13-0012 |
| v. | * |
| | * [Conspiracy to Distribute and |
| | * Possess with Intent to Distribute |
| KENNETH ENG | * 100 Kilograms or More of |
| | * Marijuana, 21 U.S.C. § 846] |

...o0o...

## INFORMATION

The United States Attorney for the District of Maryland charges that:

Beginning no later than early 2010, and continuing until the date of this Information, in the District of Maryland, the District of New Jersey, the Northern District of California, and elsewhere, the defendant,

**KENNETH ENG**

did knowingly and willfully combine, conspire, confederate, and agree with Kerem Dayi, Ryan Wheeler, and others to knowingly, intentionally and unlawfully distribute and possess with the intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b).

21 U.S.C. § 846.

_Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

August 8, 2013
Date filed