UNITED STATES V. KEREM DAYI, et al
Criminal No: JKB-13-0012

# RANK AND ROLE OF COCONSPIRATORS

| Defendant<br>Attorney | Role | Plea Agreement Terms<br>(w/out record or coop.) | Description of Conduct and Evidence | Sentencing Date |
|---|---|---|---|---|
| Kerem Dayi<br><br>Andrew White | Leader<br>Manager | +1000 kilograms – 32<br> + CT 2 – level 34<br>-3 acceptance<br>safety valve? | Distributed marijuana from 2010 to date of arrest. Was the leader of this enterprise and supervised all others. From 5-10 pounds a month, to 30-40 pounds a month, to hundreds of pounds a month, he grew this enterprise. Evidence produced at trial of co-defendants reflected manipulation and some violence. | 11/15/13 |
| Robert Glickman<br><br>Arcangelo Tuminelli | Manager | +1000 kilograms – 32<br> + CT 2 – level 34<br>-3 acceptance<br>safety valve? | Became involved through the legitimate EBay business some time in 2011. Glickman was a mentor and confidant of Dayi and helped to manage the day to day affairs of this organization. He helped carry cash across the country and facilitated the drug operations. | 12/19/13 |
| Scott Segal<br><br>David Fischer | Manager | +1000 kilograms – 32<br> + CT 2 – level 34<br>-3 acceptance<br>safety valve? | During his time in the organization, since some time in 2011, this defendant operated the Maryland stash house for Dayi, and distributed pounds of marijuana on a regular basis. He collected packages from G-Tech and from the post Office, and also collected cash owed for marijuana. He was trusted and managed Gonzalez. | 10/28/13 |
| Patrick Russo<br><br>Stacy Biancomano | Manager | +1000 kilograms – 32<br> + CT 2 – level 34<br>-3 acceptance<br>can argue for -2 role<br>safety valve? | Russo joined this operation through the shoe business. He was running a similar business in New Jersey and met Dayi through that legitimate business. At some point in 2012, Russo became the point man responsible for the sales of marijuana in New Jersey. He also provided a means of transportation between California and the east coast, a commercial trucking business run by a friend. | 1/8/14 |

| Name | Role | Calculation | Description | Date |
|---|---|---|---|---|
| Gokhan Bergal<br><br>Robert Waldman | Manager | +1000 kilograms – 32<br>+2 obstruction of justice<br>safety valve? | Bergal joined this conspiracy in late October 2012, and by December managed the collection of cash from Ohio, New Jersey, Boston, and Maryland. He coordinated and facilitated the movement of cash and drugs between all of these locations and also had his own distributors working for him in Patterson, NJ. Bergal picked up Gonzalez's responsibilities when Gonzalez left, plus other responsibilities. Bergal obstructed justice through false testimony at trial. | 1/9/14 |
| Neil Wylie<br><br>Andrew Radding | Supply | +1000 kilograms – 32<br>+ CT 2 – level 34<br>-3 acceptance<br>safety valve? | Supplied the organization with hundreds of pounds of marijuana. By joining forces with Jeremy Anderson, he increased his foreseeability of increased amounts of marijuana. He knew Anderson had a nationwide operation and it was through that pre-existing system that Wylie was able to send several hundreds of pounds to the east coast. Wylie was at the point of turning Dayi – as a volume customer – over to Anderson and stepping away. | 12/12/13 |
| Jeremy Anderson<br><br>Ean Vizzi | Supply | +1000 kilograms – 32<br>-3 acceptance<br>safety valve? | Supplied the organization with hundreds of pounds of marijuana. To facilitate this effort, he was combining drugs for Dayi with drugs for other customers in Philadelphia. The plan for Anderson and Thomson was to distribute hundreds of pounds every month going forward. | 12/3/13 |
| Charles Thomson<br><br>Steven Levin | Supply | +100 kilograms – 26<br>+2 obstruction of justice<br>safety valve? | Was a driver for Jeremy Anderson. The evidence reflected that they had been conducting this kind of effort for several years, and that this activity was expected to continue. Within 3 weeks (11/16 to 12/11) Thomson drove 800 pounds of marijuana to the east coast. Thomson obstructed justice through false testimony at trial. | 1/9/14 |

| Name | Role | Guidelines | Description | Date |
|---|---|---|---|---|
| Kenneth Eng<br><br>J. David Nick | Worker | +400 kilograms – 28<br>-3 acceptance<br>safety valve? | Eng became involved with Dayi in 2010 or 2011 through the EBay business. He helped in New Jersey with the early part of the drug business – 5 or 10 pounds a month. He moved out to California with Brianna Wright and became the person mailing @ 40 pounds of marijuana per month to the east coast for the organization. He also helped to launder the proceeds. Nebraska authorities seized $232,000 from Eng and Gates in April of 2012. Eng walked away from the organization shortly after that. | 12/11/3 |
| Jason Gates<br><br>Michael Lawlor | Worker | +100 kilograms – 26<br>-3 acceptance<br>can argue for -2 role<br>safety valve? | Gates became involved some time in 2011, through his association with Eng (through Tony Angotti). Gates lived in an apartment in New Jersey and operated a stash house there for the organization. He also worked at the Krush business (on Exeter Street in Baltimore) at the EBay business. Gates brought Segal into the organization. Dayi assaulted Gates over a dispute with Tony Angotti resulting in Gates being confined and threatened with a gun. Nebraska authorities seized $232,000 from Gates and Eng in April of 2012. Gates left the organization shortly after that. | 12/19/13 |
| Anes Hadzifejzovic<br><br>Michael Rothman | Worker | + 1000 kilograms – 32<br>+ 2 for use of status<br>safety valve? | Joined the conspiracy in mid-November 2012. Assisted Bergal in the collection of cash from Ohio, the counting of large amounts of cash and transporting marijuana. | 1/9/2014 |
| Gabriel Gonzalez<br><br>Christopher Purpura | Worker | +100 kilograms – 26<br>-2 acceptance<br>can argue for -2 role<br>safety valve? | Gonzalez worked with Scott Segal at the stash house. He did whatever Dayi requested to include moving, carrying, hauling and driving to Ohio to distribute marijuana and collect cash in September 2012. West Virginia authorities seized $121,000 in cash from Gonzalez who had picked it up from the Ohio customer. Gonzalez left the organization in November of 2012. | 12/10/13 |

| Name | Role | Charge/Notes | Description | Date |
|---|---|---|---|---|
| Christopher Garner<br>Stuart Simms | Worker | Dismissed | Mr. Garner was a worker in this organization. | xxxx |
| Sae Hwang<br><br>Nicholas Vitek | Worker | Pleaded to Misprision of a Felony | Hwang worked a few hours every day at Krush. He mostly took care of Dayi and his personal affairs. He was aware of the marijuana operation, he obtained marijuana from Dayi from 2010 to the date of the arrest, and from time to time would sell small amounts to friend. Hwange was involved in the laundering of the marijuana proceeds for Dayi. Hwang would assist with the marijuana conspiracy from time to time as needed at the Krush warehouse in Jessup. | 12/12/13 |
| Martin Dandy<br><br>Dennis Murphy | Worker | +100 kilos<br>-3 acceptance<br>-4 role<br>safety valve? | Dandy ran the Krush business. He also obtained amounts of marijuana from Dayi and from time to time sold pounds to friends. Dandy would assist with the marijuana conspiracy from time to time as needed at the Krush warehouse in Jessup. Following the November 16, 2012 delivery, Dandy was upset about the risk to the business. He was advised by Dayi that he could change his attitude or be fired. He changed his attitude. | 11/7/13 |
| Brianna Wright<br><br>Russell Goodrow | Worker | Pleaded to $ Laundering 60-80 kgs marijuana.<br>+ 2 – Spec. Off. Char.<br>-3 acceptance | Wright moved to San Francisco with Kenny Eng as a romantic relationship. She was expecting to be involved in buying merchandise for Krush. Dayi deposited cash into her bank account ($280,000 in less than 2 years) for what was supposed to be purchases of liquidated business, but which turned out to be mostly for the purchase of marijuana. Marijuana was selected and packaged and shipped from the home she shared with Eng. | 12/11/13 |
| Donald Goodman<br><br>Erek Barron | Worker | Obliterated Serial Number | Received packages of marijuana – 40 pounds a month for a couple of years on behalf of the organization. | Sentenced: 6 months |

| Name | | | | Date |
|---|---|---|---|---|
| Steve Madden<br><br>Justin Brown | Quantity Customer | +100 kilograms<br>-3 acceptance<br>-4 role<br>safety valve? | Madden knew Dayi from the liquidation business and running stalls at the Patapsco Flea Market. Madden purchased 10 pounds from this organization regularly beginning no later than 2011. Madden was also involved with Dayi in re-VIN'ing stolen vehicles. Madden had his own customers. | 10/28/13 |
| Anthony Seen<br><br>Elan Rafael | Quantity Customer | +100 kilograms<br>-3 acceptance<br>-2 role<br>safety valve? | Seen was a bail bondsman who purchased 5-10 pounds of marijuana regularly from the organization for at least a year. Seen had his own customers. | 11/13/13 |
| Ryan Wheeler<br><br>David Benowitz | Quantity Customer | +100 kilograms<br>-3 acceptance<br>can argue for -2 role<br>safety valve? | Wheeler ran his own operation, with Lineberry as his right hand man. From time to time when either Wheeler or Day could not obtain marijuana, they would get it from each other. Wheeler and Lineberry had their own customers | 12/4/13 |
| Alexandros Lineberry<br><br>Andrew Szekely | Quantity Customer | +100 kilograms<br>-3 acceptance<br>-4 role<br>Not safety valve eligible. | Lineberry worked closely with Wheeler and it is through Wheeler that Lineberry had interactions with this organization. | 1/7/14 |
| Jeffrey Small<br><br>Christopher Neito | Quantity Customer | +100 kilograms<br>-3 acceptance<br>-2 minor role<br>safety valve? | Small purchased quantities of marijuana from this organization beginning in early 2012, and was an associate of Scott Segal. Small distributed to his own customers. | 12/2/13 |
| Blair Thomas<br><br>Richard Bitner | Quantity Customer | +100 kilograms<br>-3 acceptance<br>-2 role<br>safety valve? | Thomas was associated with this organization for a short time in late 2011 and early 2012. He would sell pounds of marijuana obtained from Scott Segal. Thomas' sister is an attorney who also represented Dayi in legal matters. | 11/5/13 |

| Anthony Santoiemma

Gerald Ruter | Quantity Customer | +100 kilograms<br>-3 acceptance<br>can argue for -2 role safety valve? | Santoiemma was associated with this organization through a car dealership from which Dayi purchased vehicles. Santoiemma was involved in matters involving this conspiracy to include attending a meeting at Dayi's home in January of 2012 where decisions were made about another member who was alleged to have stolen $40,000 from Dayi. | 12/10/13 |