**LAW OFFICES OF J. DAVID NICK**
**J. DAVID NICK, (California State Bar #157687)**
**345 FRANKLIN STREET**
**San Francisco, CA 94102**
**Telephone: (415) 552-4444**
**Facsimile:  (415) 358-5897**
**E MAIL: jdavidnick@lawyer.com**
**Attorney for Defendant**
**KENNETH ENG (Defendant No.18)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEN DAYI, et al.,<br><br>Defendants. | CASE NO.: 1:13-cr-00012-JKB<br>(Defendant No. 18)<br><br>DEFENDANT KENNETH ENG'S **UNOPPOSED MOTION** TO MODIFY PRETRIAL CONDITION AND PERMIT TRAVEL FOR PURPOSES OF PSYCHOLOGICAL TESTING. |

Defendant, **KENNETH ENG (Defendant No.18)**, hereby submits the following **unopposed motion** to modify defendant's pretrial release condition SO THAT HE MAY TRAVEL TO THE SOUTHERN DISTRICT OF NEW YORK FOR APPOINTMENTS WITH A PSYCHOLOGIST FOR TESTING RELATED TO SENTENCING ISSUES.

### REASONS FOR MODIFICATION

Counsel for defendant has scheduled an appointment for defendant with a psychologist for the purpose of testing defendant and diagnose on issues related to sentencing; defendant seeks the court's permission to travel from the District of New Jersey to the Southern District of New York for this purpose and to be able to so travel on any other day (prior to sentencing) that defendant is scheduled for an appointment for the same purpose.

### CONCLUSION

For the foregoing reasons defendant urges this court to grant this un opposed motion to modify defendant's pretrial release condition and to permit defendant to travel to the Southern District of New York for the purposes of appointments with his psychologist.

DATED: April 2, 2014

_____
J. DAVID NICK,
ATTORNEY FOR DEFENDANT
**KENNETH ENG**

1

UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE.

# **PROOF OF SERVICE**

UNITED STATES V.DAYI, ET AL; CASE NO.:

The undersigned declares:

I am a citizen of the United States. My business address is 345 Franklin Street, San Francisco, California 94102. I am over the age of eighteen years and not a party to the within action. On the date set forth below, I caused a true copy of **the following documents**:

MODIFY PRETRIAL RELEASE CONDITIONS

to be served upon: ASSISTANT UNITED STATES ATTORNEY A. SMITH

**in the following manner**: VIA ELECTRONIC MAIL ECF SYSTEM.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on APRIL 2, 2014 at San Francisco, California.

                                                  J. DAVID NICK

UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE.